UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA GONZALEZ,

                           Plaintiffs,

      -against-

GEICO GENERAL INSURANCE COMPANY,

                           Defendants.
-----------------------------------------------------------------X

Civil Action No: 23CV07948 (NGG)(JRC)

NOTICE OF DISMISSAL

I, Charles C. DeStefano, hereby affirm that the above-entitled action, be and the same is hereby discontinued as against GEICO GENERAL INSURANCE COMPANY, with prejudice and without costs to any party and this notice may be filed with the Clerk of the Court without further notice.

Dated: Staten Island, New York

                                         Law Office of Charles C. DeStefano

                                         by: Charles C. DeStefano, Esq.
                                         Attorney for Plaintiff(s)
                                         1082 Victory Boulevard
                                         Staten Island, New York 10301
                                         718-390-0580

**So Ordered.**

s/Nicholas N. Garaufis
Hon. Nicholas G. Garaufis
Date: 12/19/23